IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KALEB MCINTOSH,

    Plaintiff,

  v.

ARIANA GRANDE-BUTERA,
MAX MARTIN, AND
MONTE LIPMAN,

    Defendants.

No. C 18-07758 WHA

**JUDGMENT**

For the reasons stated in the accompanying order declining report and recommendation and dismissing amended complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 26, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE